IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gianna Scatchell, <br><br> Plaintiff, <br><br> v. <br><br> Caribbean Cruise Line, Inc. ; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:14-cv-10110 <br><br><br> COMPLAINT |

For this Complaint, the Plaintiff, Gianna Scatchell, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. The Plaintiff, Gianna Scatchell ("Plaintiff"), is an adult individual residing in Chicago, Illinois, and is a "person" as defined by 47 U.S.C. § 153(39).

4. The Defendant, Caribbean Cruise Line, Inc. ("Caribbean"), is a Florida business entity with an address of 2419 East Commercial Boulevard, Suite 100, Ft. Lauderdale, Florida 33308, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual agents employed by Caribbean and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be

joined as parties once their identities are disclosed through discovery.

6. Caribbean at all times acted by and through one or more of the Agents.

## FACTS

7. Beginning in February, 2014, Caribbean contacted Plaintiff on Plaintiff's cellular telephone, number 708-xxx-0000, in an attempt to solicit its services to Plaintiff.

8. During all times mentioned herein, Caribbean called Plaintiff on her cellular telephone by using an automated telephone dialing system ("ATDS") and an artificial or prerecorded voice.

9. When Plaintiff answered the calls, she would hear a prerecorded voice which congratulated Plaintiff and stated that "you have won a free cruise."

10. Plaintiff never provided her cellular telephone number to Caribbean and never provided express written consent to be contacted on her cellular phone using a prerecorded voice.

11. Furthermore, Plaintiff tried to opt-out of the calls by pressing a number, which according to the prerecorded voice, should have made the calls stop.

12. Without Plaintiff's consent, Caribbean placed over thirty-six calls to Plaintiff's cellular phone. The repeated calls caused Plaintiff significant inconvenience and concern.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –
## 47 U.S.C. § 227, et seq.

13. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. At all times mentioned herein and within the last four years, Defendants called Plaintiff on her cellular telephone using an automatic telephone dialing system ("ATDS") and a prerecorded or artificial voice.

15. Plaintiff never provided her cellular telephone number to Defendants and never provided her consent to be contacted on her cellular telephone.

16. Without prior consent Defendants contacted the Plaintiff by means of prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

17. Defendants continued to place automated calls to Plaintiff's cellular telephone after being advised that Plaintiff no longer wanted to receive them through her attempt to opt-out, and knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

18. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

19. Defendants' telephone systems have the capacity to store numbers in a random and sequential manner.

20. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

21. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff respectfully prays that judgment be awarded in the Plaintiff's favor and against the Defendants as follows:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Against the named the Defendants, jointly and severally, awarding the Plaintiff punitive damages in such amount as is found appropriate; and

3. Granting the Plaintiff such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: December 17, 2014

Respectfully submitted,

By  /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorney for Plaintiff