## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Gianna Scatchell

                                   Plaintiff,

v.                                                          Case No.: 1:14−cv−10110
                                                                        Honorable Charles P. Kocoras

Caribbean Cruise Line, Inc., et al.

                                   Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 26, 2015:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation of Dismissal with prejudice filed on 6/23/2015 [23]: IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above−captioned action is hereby dismissed against all Defendants with prejudice, with each party to bear its own attorney's fees and costs. Civil case terminated. Mailed notice(vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.